# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **LIBERTY INSURANCE CORP.,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-cv-679 |
| ) | |
| **MILES W. THOMAS,** ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Defendant Miles W. Thomas and Plaintiff Liberty Insurance Corp., which are all of the parties that have appeared in this action, hereby stipulate to the dismissal of all claims in this matter with prejudice, including all direct and counter claims. Each party is responsible for its own attorney's fees and costs.

Respectfully submitted,

HUSCH BLACKWELL LLP

*/s/ Bruce A. Moothart*
Bruce A. Moothart        MO Bar #45517
Tyler J. Scott           MO Bar #63231
4801 Main Street, Suite 1000
Kansas City, Missouri 64112
Tel.    816-983-8000
Fax.    816-983-8080
bruce.moothart@huschblackwell.com
tyler.scott@huschblackwell.com
**Attorneys for Plaintiff/Counterclaim Defendant Liberty Insurance Corp.**

*/s/ Tarak A. Devkota*
Tarak Alexander Devkota MO Bar#51604
4010 Washington St., Suite 350
Kansas City, Missouri 64111
Tel. 816-842-9100
Fax. 816-817-1080
devkota@usa.net

***Attorneys for Defendant/
Counterclaim Plaintiff
Miles W. Thomas***